

Christopher Andrews
T: +1 212 479 6000
candrews@cooley.com

VIA ECF

August 27, 2025

Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Wayne Catalano v. Midea America Corp.*, Case No. 7:25-cv-04850-KMK

Dear Judge Karas:

      Pursuant to Rule 1.C of Your Honor's Individual Rules of Practice, we submit this letter on behalf of Defendant Midea America Corp. ("Midea") in the above-referenced action (the "Action"). Midea respectfully moves the Court for an order accepting assignment of the related action, *Cannon-Rivera v. Midea America Corp.*, Case No. 1:25-cv-05388-UA, deferring and adjourning all current deadlines in *Cannon Rivera*, and consolidating *Cannon-Rivera* with this Action.

      *Cannon-Rivera* is related to the Action. Both *Cannon-Rivera* and the Action are putative class actions asserting claims relating to Midea's recent recall of certain U-Shaped window air conditioners. This Court previously so-ordered a stipulation which deferred Midea's deadline to respond in this Action and contemplated consolidation of *Cannon-Rivera* and the Action. *See* ECF No. 15. Additionally, in *Cannon-Rivera*, the plaintiff filed a statement noting that *Cannon-Rivera* is related to this Action. *See Cannon-Rivera*, Case No. 1:25-cv-05388-UA, ECF. No. 4. The parties in *Cannon-Rivera* also filed a stipulation and proposed order seeking consolidation of *Cannon-Rivera* with the Action and deferring all deadlines in *Cannon-Rivera*. *See Cannon-Rivera*, Case No. 1:25-cv-05388-UA, ECF No. 8. *Cannon-Rivera* is not currently assigned to a judge.

      Accordingly, the parties respectfully request that the Court:

- Accept assignment of the related case, *Cannon-Rivera v. Midea America Corp.*, Case No. 1:25-cv-05388-UA;

- Vacate the September 2, 2025 deadline for Midea to answer, move, or otherwise respond to the complaint in *Cannon-Rivera*, and defer and adjourn all other current deadlines in *Cannon-Rivera*;

- Consolidate *Cannon-Rivera* into this Action, which is the first and earlier filed action, for all purposes, including trial; and



Re: *Wayne Catalano v. Midea America Corp.*,
Case No. 7:25-cv-04850-KMK
August 27, 2025
Page Two

- Direct the Clerk of the Court to consolidate *Cannon-Rivera* and the Action as set forth above and thereafter to mark case number 1:25-cv-05388-UA closed to any additional filings under that case number.

The plaintiffs in both *Cannon-Rivera* and *Catalano* have conferred with the undersigned and have confirmed that they do not oppose consolidation. *See also* ECF No. 15.

We thank the Court for its attention to this matter.

Regards,

/s/ *Christopher M. Andrews*

Christopher M. Andrews

Granted. So ordered.

10/30/2025

Cooley LLP  55 Hudson Yards  New York, NY  10001-2157
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com