

Christopher Andrews
T: +1 212 479 6000
candrews@cooley.com

**VIA ECF**

December 15, 2025

Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:    Joint Letter Motion to Consolidate Actions**
*Wayne Catalano v. Midea America Corp.*, Case No. 7:25-cv-04850-KMK;
*Stephen Bradshaw v. Midea America Corp.*, Case No. 7:25-cv-07102-KMK

Dear Judge Karas:

Pursuant to Rule 1.B of Your Honor's Individual Rules of Practice, we submit this letter on behalf of Defendant Midea America Corp. ("Midea") in *Wayne Catalano v. Midea America Corp.*, Case No. 7:25-cv-04850-KMK, and in *Stephen Bradshaw v. Midea America Corp.*, 7:25-cv-07102-KMK. Midea respectfully moves the Court for an order consolidating the *Bradshaw* action into the *Catalano* action.

*Bradshaw* is related to *Catalano*, because both cases are putative class actions asserting claims relating to Midea's recall of certain U-Shaped window air conditioners. This Court previously so-ordered a stipulation which contemplated consolidation of the *Bradshaw* action into the *Catalano* action. *See Catalano*, Case No. 7:25-cv-04850-KMK, ECF No. 15. Plaintiff Stephen Bradshaw is a named Plaintiff in the Consolidated Amended Class Action Complaint filed in *Catalano*. *See id.*, ECF No. 22.

Accordingly, the parties respectfully request that the Court:

- Consolidate the *Bradshaw* action into the *Catalano* action, which is the first and earlier filed action, for all purposes, including trial; and

- Direct the Clerk of the Court to consolidate the *Bradshaw* action into the *Catalano* action as set forth above and thereafter to mark Case No. 7:25-cv-07102-KMK closed to any additional filings under that case number.

The plaintiffs in both *Bradshaw* and *Catalano* have conferred with the undersigned and have confirmed that they do not oppose consolidation. *See id.*; *see also Bradshaw*, Case No. 7:25-cv-07102-KMK, ECF No. 8.

# Cooley

December 15, 2025
Page Two

We thank the Court for its attention to this matter.

Regards,

*/s/ Christopher M. Andrews*
Christopher M. Andrews

Granted. The Clerk is respectfully directed to consolidate Bradshaw v. Midea America Corp., No. 25-cv-07102 (KMK), into Catalano v. Midea America Corp., No. 25-cv-04850 (KMK).

So ordered.

12/15/2025